```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 37574
   DONALD J CANTAGALLO
   CYNTHIA CANTAGALLO                        CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-5505    SSN XXX-XX-1748

--------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/08/04 and confirmed on 12/03/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  86712.65 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | SECURED | 1000.00 | .00 | 1000.00 |
| CONSUMERS COOP CU | SECURED | 2207.00 | 237.43 | 2207.00 |
| BERRY SEROTA ESQ | SECURED | 613.00 | .00 | 613.00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | 57672.50 | .00 | 57672.50 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 5952.08 | .00 | 5952.08 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | 994.08 | .00 | 994.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4458.30 | .00 | 4458.30 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| MUNDELEIN DISPOSAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| NORTHERN ILL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| RMCB COLLECTION AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 3946.03 | .00 | 3946.03 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SHERMAN ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| CELLULAR ONE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2316.56 | .00 | 2316.56 |

```
         Summary of disbursements:
--------------------------------------------------------------------
             SECURED    PRIORITY    UNSECURED     OTHER      TOTAL
--------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      67444.58            .00      11714.97           .00      79159.55
PRINCIPAL PAID          67444.58            .00      11714.97           .00      79159.55
INTEREST PAID             237.43            .00           .00           .00        237.43
TOTAL PAID              67682.01            .00      11714.97           .00      79396.98
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    3514.81 .

Refunds to the Debtor totaled $    1100.86 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE